IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFONSO MIRA AND CARLA MIRA

        Plaintiffs,

        v.

AMERICAN HOME MORTGAGE SERVICING, INC.,

        Defendant.
_____/

Case No. 10-972-JAM-KJN

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

    This matter is before the Court on Defendant American Home Mortgage Servicing, Inc.'s ("Defendant's") combined Motion to Dismiss and Motion to Strike (Doc. 5) Plaintiffs Alfonso and Carla Mira's ("Plaintiffs'") Complaint (Doc. 1), pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f). Plaintiffs did not oppose the combined Motion to Dismiss/Motion to Strike.[1] The Court takes judicial notice of the documents requested by Defendant. (Doc. 6).

---

[1] This motion was determined to be suitable for decision without oral argument. E. D. Cal. L. R. 230(g).

1

Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date. Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules." Plaintiffs' counsel, Jonathan Adriel Fried, failed to comply with the Local Rules. Accordingly, the Court intends to impose a $250.00 sanction against Mr. Fried personally unless he is able to show good cause.

ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendant's Motion to Dismiss is GRANTED, WITH PREJUDICE.[2] It is further ordered that within ten (10) days of this Order Jonathan Adriel Fried shall either (1) pay sanctions of $250.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated: July 26, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[2] Because the Court is granting the motion to dismiss with prejudice, Defendant's alternative Motion to Strike is moot.

2