Locke Lord Bissell & Liddell LLP
Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorney for Defendant
AMERICAN HOME MORTGAGE SERVICING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO MIRA and CARLA MIRA, | CASE NO. 2:10-CV-00972 JAM-KJN |
| Plaintiffs, | Hon. John A. Mendez |
| vs. | [PROPOSED] ORDER GRANTING DEFENDANT AMERICAN HOME MORTGAGE SERVICING, INC.'S MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION |
| AMERICAN HOME MORTGAGE SERVICING, INC. | |
| Defendant. | |

The Court, having considered Defendant American Home Mortgage Servicing, Inc.'s Motion to Expunge Notice of Pendency of Action brought pursuant to California Code of Civil Procedure sections 405.30, *et seq.*, hereby GRANTS the Motion and ORDERS that the Notice of Pendency of action filed by Plaintiffs Alfonso Mira and Carla Mira as Document No. 201000022970 in the Office of the Recorder of Solano County shall be expunged.

///
///
///
///

---

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION
*Mira v. American Home Mortgage Servicing, Inc.*, Case No. 2:10-CV-00972 JAM-KJN

1 | The Court further ORDERS Plaintiffs and their counsel to pay American Home Mortgage
2 | Servicing, Inc. its reasonable attorneys fees and costs associated with bringing this Motion. The
3 | amount of attorneys fees and costs will be determined by the Court
4 | after Defendant submits its affadavit and any other evidence in
  | support of its request
  | IT IS SO ORDERED.
5 | Dated: 8-3-2010
6 | Hon. John A. Mendez
7 | United States District Judge
  | Eastern District of California

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

2

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION
*Mira v. American Home Mortgage Servicing, Inc.*, Case No. 2:10-CV-00972 JAM-KJN